THE PEOPLE OF THE STATE OF NEW YORK ex rel. OUTER COURT, INCORPORATED, OF ORDER OF THE LIVING CHRIST, Respondent, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

Argued May 16, 1939; decided May 31, 1939.

*William C. Chanler, Corporation Counsel (Paxton Blair, Arthur A. Segall* and *Hyman W. Kehl* of counsel), for appellants.

*Richmond Weed* and *William G. Bradshaw, Jr.*, for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.